# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GARY CZECHOWSKI & MARY CZECHOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>NEW PENN FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Defendant. | Case No. 1:17-cv-01113<br><br>Honorable Judge Edmond E. Chang |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that, GARY CZECHOWSKI & MARY CZECHOWSKI ("Plaintiffs"), hereby notify the Court the that the Parties have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal. The Parties anticipate this process to take no more than 45 days and request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement. The Parties propose to file a stipulated dismissal with prejudice with 45 days of submission of this Notice of Settlement and pray the Court to stay all proceedings until that time.

Respectfully submitted this 28th day of February, 2017.

                                                Respectfully submitted,

                                                */s/ Omar T. Sulaiman*
                                                Omar T. Sulaiman
                                                Sulaiman Law Group, Ltd.
                                                900 Jorie Boulevard, Suite 150
                                                Oak Brook, IL 60523
                                                (630) 575-8181
                                                osulaiman@sulaimanlaw.com
                                                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

  I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Omar T. Sulaiman
Omar T. Sulaiman
