**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Gary Czechowski, et al.

                              Plaintiff,

v.                                                        Case No.: 1:17–cv–01113
                                                             Honorable Edmond E. Chang

New Penn Financial, LLC

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, March 1, 2017:

      MINUTE entry before the Honorable Edmond E. Chang: In view of the notice of settlement, R. 8, the case is dismissed without prejudice and with full leave to reinstate via motion filed by 05/08/2017. If no motion to reinstate is filed by that date, then the dismissal will automatically convert to a dismissal with prejudice, without further action by the Court. Status hearing of 04/10/2017 is vacated, as is the status report requirement and any other filings. Civil case terminated. Emailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.