# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GARY CZECHOWSKI & MARY CZECHOWSKI,<br><br>Plaintiffs,<br><br>v.<br><br>NEW POINT FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING,<br><br>Defendant. | Case No. 1:17-cv-01113<br><br>Honorable Judge Edmond E. Chang |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COME the Plaintiffs, GARY CZECHOWSKI & MARY CZECHOWSKI ("Plaintiffs"), by and through their attorneys, SULAIMAN LAW GROUP, LTD., and, in support of their Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiffs, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss their claims against the Defendant, NEW POINT FINANCIAL, LLC d/b/a SHELLPOINT MORTGAGE SERVICING, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: March 21, 2017

Respectfully Submitted,

/s/ Omar T. Sulaiman
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
900 Jorie Blvd, Ste 150
Oak Brook, IL 60523
Phone (630)575-8181
Fax: (630)575-8188
osulaiman@sulaimanlaw.com